Núm. 7780.—MUNICIPIO DE ISABELA, aplte. *v.* SUCN. ALVAREZ, aplda.—C. D. San Juan. Julio 12, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelada, y apareciendo que el apelante radicó su escrito de apelación en febrero 24, 1938; que el demandante el 5 de marzo de 1938, radicó moción solicitando del tribunal ordenara la transcripción de la evidencia, habiendo dicho tribunal, el 9 de marzo de 1938, dictado la correspondiente orden al efecto concediendo un término de veinte días; que el demandante, el 30 de marzo de 1938, radicó moción solicitando una prórroga hasta el 30 de abril de 1938, para la radicación de dicha transcripción de evidencia, sin que el tribunal en fecha alguna procediera a proveer en relación con dicha moción, apareciendo además que esta moción fué radicada luego de estar vencido dicho término de veinte días; que a partir de la expresada moción de prórroga del 30 de marzo de 1938, el demandante no ha radicado ninguna otra moción en el caso de epígrafe, ni la corte de distrito ha aprobado transcripción de evidencia en relación con el presente caso, y apareciendo además que el demandante y apelante, tampoco ha radicado en la secretaría de este Tribunal el legajo de sentencia en el presente caso, se desestima por abandono la apelación inter-

puesta contra la sentencia que dictó la Corte de Distrito de San Juan en enero 28, 1938.